In the Matter of the General Assignment of George W. Venable and Moses J. Heyman to Robert J. Dean, for the Benefit of Creditors. Mary A. Early, Executrix of John Early, Deceased, Appellant; Albert H. Graham, as Ancillary Executor, etc., of Thomas Janney, Deceased, and Western National Bank, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ross A. Mackey, Appellant, v. Consolidated Railway and Light Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore Ludwig, Plaintiff, v. Rosa Ludwig, Defendant. James A. Foote, Appellant; James A. Foley, as Sheriff of the County of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Knickerbocker Trust Company and William B. Randall, as Trustees, Respondents, v. John B. McDonald, Individually and as Surviving Partner of McDonald & Onderdonk, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Thomas W. Fitzgerald, Respondent, That This Court Will Require His Attorneys, Daniel O'Reilly and Others, Doing Business as O'Reilly, Weill & Weill, Appellants, to Deliver Over to the Petitioner Moneys Which They Have Collected While Acting as His Attorneys in the Matter of a Certain Claim for Damages against Joline & Robinson, as Receivers of the Metropolitan Street Railway Company, for the Death of the Petitioner's Son by Reason of the Negligence of the Said Railway Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore Busch, Respondent, v. William Casey, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Mary M. Stephan, as Administratrix, etc., of Henry A. Stephan, Deceased, Respondent, v. August Heckscher and Others, as Receivers of Milliken Brothers, Appellants.— Order modified by setting case down for trial on the first Monday of December, 1909, and as modified affirmed, without costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.) Settle order on notice.

Martha B. Patterson, Appellant, v. Thomas H. Taylor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles D. Thompson, as Receiver of the International Automobile and Vehicle Tire Company, Respondent, v. Adelbert H. Alden and Others, Appellants, Impleaded with Arthur W. Stedman and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry Rich, Respondent, v. Westchester Fire Insurance Company, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. (Clarke and Scott, JJ., dissenting.)